[No. 43114-9-II.  Division Two.  August 13, 2013.]

RICHARD E. SWANSON, *Appellant*, v. THE DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-02666-2, Christine A. Pomeroy, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.

[No. 43230-7-II.  Division Two.  August 13, 2013.]

DAN ISBELL, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-2-00877-4, Toni A. Sheldon, J., entered January 30, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 43429-6-II.  Division Two.  August 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DANIEL LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00003-9, Richard L. Brosey, J., entered April 25, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 43882-8-II.  Division Two.  August 13, 2013.]

GARRETT DELABARRE ET AL., *Respondents*, v. STUART McCOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-2-01166-9, George L. Wood, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.